COLE, REOPEN

## United States District Court
### Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:05-cv-04056

The People of the State of Illinois et al v. Abbott
Laboratories, et al
Assigned to: Honorable Charles R. Norgle, Sr
Cause: 28:1331 Federal Question

Date Filed: 07/13/2005
Jury Demand: Both
Nature of Suit: 151 Contract: Recovery
Medicare
Jurisdiction: Federal Question

**Plaintiff**

**The People of the State of Illinois**

represented by **Robert S Libman**
Miner Barnhill & Galland
14 West Erie Street
Chicago, IL 60610
(312) 751-1170
Email: rlibman@lawmbg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

# 05 CA 12492 PBS

**Lisa Madigan**
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

MAGISTRATE JUDGE MBB

V.

**Defendant**

**Abbott Laboratories**

represented by **Daniel E. Reidy**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312)782-3939
Email: dereidy@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Daly**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312)782-3939

Email: jrdaly@jonesday.com
*ATTORNEY TO BE NOTICED*

**John Ryan Mitchell**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312)782-3939
Email: jrmitchell@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Corporation**                    represented by **Richard D. Raskin**
Sidley Austin Brown & Wood LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: rraskin@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaime L.M. Jones**
Sidley Austin Brown & Wood LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Email: jaime.jones@sidley.com
*ATTORNEY TO BE NOTICED*

**Lara Leniton Liss**
Sidley Austin Brown & Wood LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

**Michael P. Doss**
Sidley & Austin
10 S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

**Defendant**

**Attorney Par Pharmaceuticals Cos,**    represented by **Michael Thomas Layden**
**Inc.**                                 Richard J. Prendergast, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602
(312) 641-0881
Email: mlayden@rjpltd.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Alpharma, Inc.**

represented by **Daniel Matthew Noland**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: dnoland@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Fleder**
Hyman, Phelps & McNamara, PC
700 13th St., NW
Washington, DC 20005
(202)737-4580
*ATTORNEY TO BE NOTICED*

**Robert K. Villa**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: rvilla@dykema.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alpha Therapeutic Corp.**

represented by **Kurt J. Heinz**
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3913
(312) 876-7100
Email: kjheinz@arnstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Kathryn Milia**
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3913
(312) 876-6661
Email: mkmilia@arnstein.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amgen Inc.**                          represented by **David S. Rosenbloom**
                                        McDermott, Will & Emery LLP
                                        (Chicago)
                                        227 West Monroe Street
                                        #4400
                                        Chicago, IL 60606-5096
                                        (312) 372-2000
                                        Email: drosenbloom@mwe.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Amy J Carletti**
                                        McDermott, Will & Emery LLP
                                        (Chicago)
                                        227 West Monroe Street
                                        #4400
                                        Chicago, IL 60606-5096
                                        (312) 372-2000
                                        Email: acarletti@mwe.com
                                        *ATTORNEY TO BE NOTICED*

                                        **David L Hanselman, Jr**
                                        McDermott, Will & Emery LLP
                                        (Chicago)
                                        227 West Monroe Street
                                        #4400
                                        Chicago, IL 60606-5096
                                        (312) 372-2000
                                        Email: dhanselman@mwe.com
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**AstraZeneca Pharmaceuticals LP**      represented by **Richard J. Rappaport**
                                        McGuireWoods LLP
                                        77 West Wacker Drive
                                        Suite 4400
                                        Chicago, IL 60601-7567
                                        (312)849-8100
                                        Email: rrappaport@mcguirewoods.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Linda Beth Dubnow**
                                        McGuireWoods LLP
                                        77 West Wacker Drive
                                        #4100
                                        Chicago, IL 60601
                                        (312)849-8100
                                        Email: ldubnow@mcguirewoods.com
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Astrazeneca LP**                        represented by   **Richard J. Rappaport**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Linda Beth Dubnow**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Aventis Pharmaceuticals Inc.**          represented by   **Richard Michael Stock**
                                                           Gardner Carton & Douglas LLP
                                                           191 North Wacker Drive
                                                           Suite 3700
                                                           Chicago, IL 60606-1698
                                                           (312)569-1000
                                                           Email: rstock@gcd.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John A. Simon**
                                                           Gardner Carton & Douglas LLP
                                                           191 North Wacker Drive
                                                           Suite 3700
                                                           Chicago, IL 60606-1698
                                                           (312)569-1000
                                                           Email: jsimon@gcd.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Aventis Behring LLC**
*now known as*
ZLB Behring

**Defendant**

**B. Braun of America, Inc.**

**Defendant**

**Barr Pharmaceuticals, Inc.**            represented by   **Karen Natalie Walker**
                                                           Kirkland & Ellis LLP
                                                           655 Fifteenth Street, NW
                                                           Washington, DC 20005
                                                           (202) 879-5096
                                                           Email: kwalker@kirkland.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander L Karan**

Kirkland & Ellis LLP (Chicago)
200 East Randolph Drive
Suite 6100
Chicago, IL 60601
(312) 861-2000
*ATTORNEY TO BE NOTICED*

**Barak Cohen**
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202)879-5979
Email: bcohen@kirkland.com
*ATTORNEY TO BE NOTICED*

**Edwin John U-**
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5059
Email: eu@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baxter International, Inc.**    represented by **Charles Gregory Albert**
Albert, Whitehead, P.C.
10 North Dearborn Street
Suite 600
Chicago, IL 60602
(312) 357-6300
Email: calbert@awm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johner Taylor Wilson, III**
Albert, Whitehead, P.C.
10 North Dearborn Street
Suite 600
Chicago, IL 60602
(312) 357-6300
Email: jwilson@awm-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ben Venue Laboratories, Inc.**    represented by **Nicholas James Lynn**
Duane Morris LLC
227 West Monroe Street
Suite 3400
Chicago, IL 60606
(312) 499-6700

Email: njlynn@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E McCracken**
Duane Morris LLC
227 West Monroe Street
Suite 3400
Chicago, IL 60606
(312) 499-6700
Email: aemccracken@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boehringer Ingelheim Corp.**                represented by **Nicholas James Lynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E McCracken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boehringer Ingelheim**                       represented by **Nicholas James Lynn**
**Pharmaceuticals, Inc.**                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E McCracken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bristol-Myers Squibb Co.**                   represented by **Anthony J. Anscombe**
Sedgwick, Detert, Moran & Arnold
One North Wacker Drive
Suite 4200
Chicago, IL 60606-2841
(312) 641-9050
Email: anthony.anscombe@sdma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caesar Kinnier Lastimosa**
Sedgwick, Detert, Moran & Arnold
One North Wacker Drive
Suite 4200
Chicago, IL 60606-2841
(312) 641-9050

Email: kinnier.lastimosa@sdma.com
*ATTORNEY TO BE NOTICED*

**Lyndon M. Tretter**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
(212)918-3000
*ATTORNEY TO BE NOTICED*

**Melanie Matison Brown**
Sedgwick, Detert, Moran & Arnold
One North Wacker Drive
Suite 4200
Chicago, IL 60606-2841
(312) 641-9050
Email: melanie.brown@sdma.com
*ATTORNEY TO BE NOTICED*

**Steven M. Edwards**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
(212)918-3000
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chiron Corp.**                    represented by **James Joseph Sipchen**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673
(312) 346-1973
Email: jsipchen@pretzel-stouffer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Hannan Alkhouja**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673
(312) 346-1973
Email: calkhouja@pretzel-stouffer.com
*ATTORNEY TO BE NOTICED*

**D Jacques Smith**
Arent Fox PLLC
1050 Connecticut N.W.
Washington, DC 20036

US
(202) 857-6154
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dey, Inc.**                              represented by **Julian Solotorovsky**
Kelley, Drye & Warren
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7095
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dawn Michele Beery**
Kelley, Drye & Warren
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7095
Fax: (312) 857-7095
Email: dbeery@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**James M. Reiland**
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312)857-2321
Email: jreiland@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elkins-Sinn, Inc.**                      represented by **Dan K. Webb**
Winston & Strawn
35 West Wacker Drive
41st Floor
Chicago, IL 60601
(312) 558-5600
Email: dwebb@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diana Juliet Hsu**
Winston & Strawn
35 West Wacker Drive
41st Floor
Chicago, IL 60601
(312) 558-5600

Email: dhsu@winston.com
*TERMINATED: 11/04/2005*
*ATTORNEY TO BE NOTICED*

**Susan Ann Pipal**
Winston & Strawn
35 West Wacker Drive
41st Floor
Chicago, IL 60601
(312) 558-5600
Email: spipal@winston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Forest Laboratories, Inc.**          represented by **Lee A. Freeman, Jr.**
Freeman, Freeman & Salzman, P.C.
401 North Michigan Avenue
Suite 3200
Chicago, IL 60611
(312) 222-5100
Fax: 312-822-0870
Email: lfreemanjr@ffspc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chris C. Gair**
Jenner & Block
One IBM Plaza
Chicago, IL 60611
312-222-9350
Fax: 312-923-8439
Email: cgair@jenner.com
*TERMINATED: 11/09/2005*

**Richard P. Campbell**
Freeman, Freeman & Salzman, P.C.
401 North Michigan Avenue
Suite 3200
Chicago, IL 60611
(312) 222-5100
Email: rcampbell@ffspc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Immunex Corp.**          represented by **Christopher B. Wilson**
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
(312) 263-5601

Email: cwilson@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivax Corp.**                    represented by **Thomas Patrick Heneghan**
Michael Best & Friedrich (Illinois)
401 North Michigan
Suite 1900
Chicago, IL 60611
(608)257-3501
Email: tpheneghan@michaelbest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel A. Haskell**
Michael Best & Friedrich (Illinois)
401 N. Michigan Avenue
Suite 1900
Chicago, IL 60611
(312) 222-0800
Email: lahaskell@michaelbest.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivax Pharmaceuticals, Inc.**           represented by **Thomas Patrick Heneghan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel A. Haskell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Pharmaceutical Products,
LP**                   represented by **Tyrone C. Fahner**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrownrowe.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashish Shanker Prasad**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

(312) 782-0600
Email:
courtnotification@mayerbrownrowe.com

*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Thompson**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrownrowe.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**                  represented by   **Tyrone C. Fahner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashish Shanker Prasad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**McGaw, Inc.**

**Defendant**

**McNeil-PPC, Inc.**                   represented by   **Tyrone C. Fahner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashish Shanker Prasad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merck & Co., Inc.**                  represented by   **Sarah R. Wolff**
Sachnoff & Weaver, Ltd.

10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: swolff@sachnoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael David Richman**
Sachnoff & Weaver, Ltd.
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: mrichman@sachnoff.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Laboratories, Inc.**     represented by **Howard Kevin Jeruchimowitz**
Greenberg Traurig, LLP.
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-8400
Email: jeruchimowitzh@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Thaddeus Fox**
Greenberg Traurig, LLP.
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-8400
Email: foxp@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Greenberg**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110
(617) 310-6013

**James M. Vant**
Greenberg Traurig LLP
One International Place
20th Floor
Boston, MA 02110

(617)310-6094

**Jonathan D. Cohen**
Greenber Traurig LLP
One International Place
20th Floor
Boston, MA 02110
(617)310-6046

**Louis J. Scerra, Jr.**
Greenberg Traurig LLP
One International Place
20th Floor
Boston, MA 02110
(617)310-6051
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Pharmaceuticals, Inc.**                    represented by   **Howard Kevin Jeruchimowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Thaddeus Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Greenberg**
(See above for address)

**James M. Vant**
(See above for address)

**Jonathan D. Cohen**
(See above for address)

**Louis J. Scerra, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novartis Pharmaceuticals Corp.**                 represented by   **David M. Simon**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
(312) 201-2000
Email: simon@wildmanharrold.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Lee McCluggage**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
(312) 201-2000
Email:
mccluggage@wildmanharrold.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novopharm USA, Inc.**

**Defendant**

**Ortho Biotech Products, LP**                    represented by **Tyrone C. Fahner**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Ashish Shanker Prasad**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Tara Elizabeth Thompson**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**             represented by **Tyrone C. Fahner**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Ashish Shanker Prasad**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Tara Elizabeth Thompson**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Par Pharmaceutical Cos., Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**             represented by **Daniel E. Reidy**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James R. Daly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Ryan Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ZLB Behring, LLC**                    represented by **Richard Michael Stock**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John A. Simon**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Roxane Laboratories, Inc.**          represented by **Nicholas James Lynn**
*now known as*                                          (See above for
Boehringer Ingelheim Roxane, Inc.,                      address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Amy E McCracken**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**                        represented by **Theodore Michaelson Becker**
                                                        Morgan Lewis Bockius
                                                        77 W. Wacker Drive
                                                        5th Floor
                                                        Chicago, IL 60601
                                                        (312)324-1000
                                                        Fax: (312)324-1001
                                                        Email: tbecker@morganlewis.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Thomas Allen Marrinson**
                                                        Morgan Lewis Bockius
                                                        77 W. Wacker Drive
                                                        6th Floor
                                                        Chicago, IL 60601
                                                        (312)324-1000
                                                        Email: tmarrinson@morganlewis.com
                                                        *ATTORNEY TO BE NOTICED*

Todd E Domjan
Morgan, Lewis & Boccius LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
(312) 324-1000
Email: tdomjan@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corp.**                    represented by   **Theodore Michaelson Becker**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Thomas Allen Marrinson**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Todd E Domjan**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Purepac Pharmaceutical Co.**          represented by   **Daniel Matthew Noland**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John R. Fleder**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert K. Villa**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Sandoz, Inc.**                        represented by   **John E. Frey**
*formerly known as*                                     Wildman, Harrold, Allen & Dixon
Geneva Pharmaceuticals, Inc.                            225 West Wacker Drive
                                                       Suite 3000
                                                       Chicago, IL 60606-1229
                                                       (312) 201-2000
                                                       Email: frey@wildmanharrold.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Schering-Plough Corp.**                    represented by **Michael M. Conway**
                                            Foley & Lardner
                                            321 North Clark Street
                                            Suite 2800
                                            Chicago, IL 60610
                                            (312)832-4500
                                            Email: mconway@foley.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **David A Moore**
                                            Foley & Lardner
                                            321 North Clark Street
                                            Suite 2800
                                            Chicago, IL 60610
                                            (312)832-4500
                                            Email: dmoore@foley.com
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Sicor Pharmaceuticals, Inc.**              represented by **Leslie Dean Davis**
*formerly known as*                          Sonnenschein, Nath & Rosenthal, LLP
Gensia Sicor Pharmaceuticals, Inc.           233 South Wacker Drive
                                            8000 Sears Tower
                                            Chicago, IL 60606
                                            (312)876-8000
                                            Email: ldavis@sonnenschein.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Dana M. Orr**
                                            Sonnenschein Nath & Rosenthal
                                            233 South Wacker
                                            Chicago, IL 60606
                                            (312)876-7529

                                            **Philip F. Ackerman**
                                            Sonnenschein, Nath & Rosenthal, LLP
                                            233 South Wacker Drive
                                            8000 Sears Tower
                                            Chicago, IL 60606
                                            (312)876-8000
                                            Email: packerman@sonnenschein.com
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**SmithKline Beecham Corp.**                 represented by **Paul F. Stack**
*doing business as*                          Stack & Filpi, Chtd.
GlaxoSmithKline                              140 South Dearborn Street
                                            Suite 411

Chicago, IL 60603
(312)782-0690
Email: pstack@stackfilpi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian K. French**
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
US
(617)305-2018
Email: brian.french@hklaw.com
*ATTORNEY TO BE NOTICED*

**Cori A Mathis**
Stack & Filipi, Chtd.
140 South Dearborn Street
Suite 411
Chicago, IL 60603
(312)782-0690
Email: cori@stackfilpi.com
*ATTORNEY TO BE NOTICED*

**Mark D. Seltzer**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
US
(617)854-1460
Email: mseltzer@hklaw.com
*ATTORNEY TO BE NOTICED*

**Mona M. Patel**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
US
(617)305-2089
Email: mona.patel@hklaw.com
*ATTORNEY TO BE NOTICED*

**Robert A. Filpi**
Stack & Filipi, Chtd.
140 South Dearborn Street
Suite 411
Chicago, IL 60603
(312)782-0690
Email: rfilpi@stackfilpi.com
*ATTORNEY TO BE NOTICED*

**Sarah A. Franklin**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
US
(617)854-1448
Email: sarah.franklin@hklaw.com
*ATTORNEY TO BE NOTICED*

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215)994-2994
Email: thomas.lee@dechert.com
*ATTORNEY TO BE NOTICED*

**Valerie M. Wagner**
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304
(650)813-4876
Email: valerie.wagner@dechert.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceuticals USA, Inc.**        represented by **Leslie Dean Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana M. Orr**
(See above for address)

**Philip F. Ackerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warrick Pharmaceutical Industries,**     represented by **Daniel Matthew Noland**
**Ltd.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael M. Conway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K. Villa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Watson Pharma, Inc.**                              represented by **Daniel Matthew Noland**
*formerly known as*                                                        (See above for address)
Schein Pharmaceuticals, Inc.                                             *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Douglas B Farquhar**
                                                                         Hyman, Phelps & McNamara, P.C
                                                                         700 13th Street, N.W.
                                                                         Suite 1200
                                                                         Washington, DC 20005
                                                                         (202) 737-5699
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Robert K. Villa**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Watson Pharmaceuticals, Inc.**                    represented by **Douglas B Farquhar**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Baxter Healthcare Corporation**                  represented by **Charles Gregory Albert**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Johner Taylor Wilson, III**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/13/2005 | 1 | NOTICE of Removal from Circuit Court of Cook County, case number (05 Ch 2474) filed by Bayer Corporation. (mjc, ) Additional attachment (s) . (Entered: 07/15/2005) |
| 07/13/2005 | 2 | CIVIL Cover Sheet. (mjc, ) (Entered: 07/15/2005) |

| 07/13/2005 | 3 | ATTORNEY Appearance for defendant Bayer Corporation by Michael P. Doss, Jaime L Jones, Lara Leniton Liss and Richard D. Raskin. (mjc, ) (Entered: 07/15/2005) |
|---|---|---|
| 07/13/2005 | 5 | APPENDIX by defendant Bayer Corporation of exhibits to notice of removal 1.(mjc, ) (Entered: 07/15/2005) |
| 07/14/2005 | 26 | STATMENT of Disclosure by defendant Purepac Pharmaceutical Co. re 1 ; Notice of filing. (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 27 | STATEMENT OF Disclosure by Defendant Alpharma, Inc. ; Notice of filing. (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 28 | STATEMENT of Disclosure by defendants Watson Pharmaceuticals, Inc. and Watson Pharma, Inc.,; Notice of filing. (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 29 | ATTORNEY Appearance for Defendants Purepac Pharmaceutical Co., Alpharma, Inc., Warrick Pharmaceutical Industries, Ltd., Watson Pharma, Inc., by Daniel Matthew Noland, Robert K. Villa, (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 30 | LOCAL RULE 3.2 Corporate Disclosure by Defendant Merck & Co., Inc. (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 31 | ATTORNEY Appearance for Defendant Merck & Co., Inc. by Sarah R. Wolff, Michael David Richman (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 32 | NOTICE of filing by defendant Merck & Co., Inc., notice of affiliates pursuant to local rule 3.2 30 re attorney appearance 31, (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 33 | ATTORNEY Appearance for Defendant Amgen Inc., by David S. Rosenbloom, David L. Hanselman, Jr., Amy J. Carletti (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 34 | NOTICE of filing by defendant Amgen Inc. re attorney appearance 33 (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 35 | ATTORNEY Appearance for Defendant Immunex Corp. by Christopher B. Wilson (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 36 | ATTORNEY Appearance for Defendant Chiron Corp. by James Joseph Sipchen, Cynthia Hannan Alkhouja (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 37 | JURY Demand by defendant Chiron Corp. (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 38 | NOTICE of filing by defendant Chiron Corp. re attorney appearance 36, jury demand 37 (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 39 | CORPORATE DISCLOSURE Statement by defendant SmithKline Beecham Corporation. (hp, ) (Entered: 07/21/2005) |
| 07/14/2005 | 40 | ATTORNEY Appearance for Defendant SmithKline Beecham Corpoation, d/b/a GlaxoSmithKline by Paul F. Stack, Robert A. Filpi, Cori A. Szczucki (hp, ) (Entered: 07/21/2005) |

| 07/15/2005 | | MAILED letter regarding filing of petition for removal to Lisa Madigan with appearance form. (mjc, ) (Entered: 07/15/2005) |
|---|---|---|
| 07/15/2005 | 6 | ATTORNEY Appearance (Layden, Michael) (Entered: 07/15/2005) |
| 07/15/2005 | 7 | Corporate Disclosure STATEMENT by Par Pharmaceuticals Cos, Inc. (Layden, Michael) (Entered: 07/15/2005) |
| 07/15/2005 | 8 | DISCLOSURE STATEMENT by defendant Abbott Laboratories pursuant to Local Rule 3.2 1 (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 9 | DISCLOSURE STATEMENT by Defendant Tap Pharmaceutical Products, Inc. pursuant to Local Rule 3.2 1 (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 10 | ATTORNEY Appearance for Defendants Abbott Laboratories, Tap Pharmaceutical Products, Inc. by Daniel E. Reidy, John Ryan Mitchell, James R. Daly (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 11 | CORPORATE DISCLOSURE Statement by Defendant Aventis Pharmaceuticals Inc. (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 12 | CORPORATE DISCLOSURE Statement by Defendant ZLB Behring, LLC (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 13 | ATTORNEY Appearance for Defendants Aventis Pharmaceuticals Inc., ZLB Behring, LLC by John A. Simon, Richard Michael Stock ; Notice of filing. (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 14 | CORPORATE DISCLOSURE Statement by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Ben Venue Laboratories, Inc., Roxane Laboratories, Inc.,; Notice of filing. (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 15 | ATTORNEY Appearance for Defendants Boehringer Ingelheim Corp., Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., n/k/a Boehringer Ingelheim Roxane, Inc., by Nicholas James Lynn, Amy E. McCracken ; Notice of filing. (hp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 16 | CORPORATE DISCLOSURE Statement by defendants Teva Pharmaceuticals USA, Inc., and Sicor, Inc., 1 (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 17 | ATTORNEY Appearance for Defendants Teva Pharmaceuticals USA, Inc., Sicor Pharmaceuticals, Inc., by Leslie Dean Davism, Dana M. Orr, Philip F. Ackerman; Notice of filing (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 18 | CORPORATE DISCLOSURE Statement by defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 19 | ATTORNEY Appearance for Defendants AstraZeneca Pharmaceuticals LP, Astrazeneca LP by Richard J. Rappaport, Linda Beth Dubnow. (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 20 | CORPORATE DISCLOSURE Statement by defendant Bayer |

| | | |
|---|---|---|
| | | Corporation re 1 (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 21 | CORPORATE DISCLOSURE Statement by defendant Pfizer Inc. re 1 (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 22 | CORPORATE DISCLOSURE Statement by defendant Pharmacia Corp. re 1 (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 23 | CORPORATE DISCLOSURE Statement by defendant Dey, Inc. re 1 (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 24 | ATTORNEY Appearance for Defendants Pfizer Inc., Pharmacia Corporation by Theodore Michaelson Becker, Todd E. Domjan, Thomas Allen Marrinson (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 25 | ATTORNEY Appearance for Defendant Dey, Inc. by Julian Solotorovsky, Dawn Michele Beery (hp, ) (Entered: 07/20/2005) |
| 07/15/2005 | 53 | CORPORATE DISCLOSURE Statement by defendant Novartis Pharmaceuticals Corporation (hp, ) (Entered: 07/25/2005) |
| 07/15/2005 | 54 | ATTORNEY Appearance for Defendant Novartis Pharmaceuticals Corporation by David M. Simon (hp, ) (Entered: 07/25/2005) |
| 07/15/2005 | 55 | CORPORATE DISCLOSURE Statement by defendant Sandoz, Inc. (hp, ) (Entered: 07/25/2005) |
| 07/15/2005 | 56 | ATTORNEY Appearance for Defendant Sandoz, Inc., f/k/a Geneva Pharmaceuticals, Inc., by John E. Frey (hp, ) (Entered: 07/25/2005) |
| 07/18/2005 | 57 | CORPORATION DISCLOSURE Statement by Defendants Baxter Healthcare Corporation, Baxter International, Inc.,. (hp, ) (Entered: 07/25/2005) |
| 07/18/2005 | 58 | ATTORNEY Appearance for Defendants Baxter International, Inc., and Baxter Healthcare Corporation, by Charles Gregory Albert, Johner Taylor Wilson, III (hp, ) (Entered: 07/25/2005) |
| 07/18/2005 | 59 | CORPORATE DISCLOSURE STATE by defendant Amgen Inc. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 45 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT by defendants Mylan Laboratories, Inc., and Mylan Pharmaceuticals, Inc.,. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 46 | ATTORNEY Appearance for Defendants Mylan Laboratories, Inc., and Mylan Pharmaceuticals, Inc. by Howard Kevin Jeruchimowitz (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 47 | CORPORATE DISCLOSURE Statement by defendant B. Braun of America, Inc. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 48 | DISCLOSURE STATEMENT pursuant to Local Rule 3.2 by defendant Elkins-Sinn, Inc. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 49 | ATTORNEY Appearance for Defendant Elkins-Sinn, Inc., by Dan K. |

| | | Webb, Susan Ann Pipal, Diana Juliet Hsu (hp, ) (Entered: 07/25/2005) |
|---|---|---|
| 07/19/2005 | 50 | CORPORATE DISCLOSURE Statement by defendant Forest Laboratories, Inc. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 51 | ATTORNEY Appearance for Defendant Forest Laboratories, Inc. by Lee A. Freeman, Jr., Chris C. Gair, Notice of filing. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 60 | CORPORATE DISCLOSURE Statement by defendant Bristol-Myers Squibb Co.,; Notice of filing (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 61 | ATTORNEY Appearance for Defendant Bristol-Myers Squibb Co. by Anthony J. Anscombe, Caesar Kinnier Lastimosa, Melanie Matison Brown (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 62 | CORPORATE DISCLOSURE Statement by defendant Barr Pharmaceuticals, Inc. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 63 | JURY Demand by defendant Barr Pharmaceuticals, Inc. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 64 | ATTORNEY Appearance for Defendant Barr Pharmaceuticals, Inc. by Karen Natalie Walker, Edwin John U, Barak Cohen, Alexander L. Karan (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 65 | JURY Demand by defendants Schering-Plough Corp., and Warrick Pharmaceutical Industries, Ltd. (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 66 | ATTORNEY Appearance for Defendants Schering-Plough Corp., Warrick Pharmaceutical Industries, Ltd. by Michael M. Conway, David A. Moore (hp, ) (Entered: 07/25/2005) |
| 07/19/2005 | 72 | CORPORATE DISCLOSURE Statement by defendant Schering-Plough Corporation (hp, ) (Entered: 07/28/2005) |
| 07/19/2005 | 73 | CORPORATE DISCLOSURE Statement by defendant Warrick Pharmaceuticals Industries, Ltd., (a misnomer for Warrick Pharmaceuticals Corporation) (hp, ) (Entered: 07/28/2005) |
| 07/20/2005 | 69 | CORPORATE DISCLOSURE Statement by defendant Ivax Pharmaceuticals, Inc. (hp, ) (Entered: 07/26/2005) |
| 07/20/2005 | 70 | ATTORNEY Appearance for Defendants Ivax Corp., Ivax Pharmaceuticals, Inc. by Thomas Patrick Heneghan, Laurel A. Haskell ; Notice of filing. (hp, ) (Entered: 07/26/2005) |
| 07/20/2005 | 71 | CORPORATE DISCLOSURE Statement by defendant Ivax Corporation (hp, ) (Entered: 07/26/2005) |
| 07/21/2005 | 41 | MOTION by Plaintiff The People of the State of Illinois to remand (gma, ) (Entered: 07/21/2005) |
| 07/21/2005 | 42 | NOTICE of Motion by The People of the State of Illinois for presentment of MOTION by Plaintiff The People of the State of Illinois to remand 41 |

| | | |
|---|---|---|
| | | before Honorable Charles R. Norgle Sr. on 7/29/2005 at 10:30 AM. (gma, ) (Entered: 07/21/2005) |
| 07/21/2005 | 43 | Entered in error (hp, ) (Entered: 07/21/2005) |
| 07/21/2005 | 44 | NOTICE of Motion by The People of the State of Illinois for presentment of MOTION by Plaintiff The People of the State of Illinois to remand 43 before Honorable Charles R. Norgle Sr. on 7/29/2005 at 10:30 AM. (gma, ) (Entered: 07/21/2005) |
| 07/21/2005 | 67 | ATTORNEY Appearance for Plaintiff The People of the State of Illinois by Robert S. Libman; Notice of filing. (hp, ) (Entered: 07/25/2005) |
| 07/21/2005 | 68 | DISCLOSURE Statement by defendant Chiron Corp.,. pursuant to Fed.R.Civ.P. 7.1 and LR 3.2; Notice of filing. (hp, ) (Entered: 07/25/2005) |
| 07/25/2005 | 52 | ATTORNEY Appearance for Defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. by Paul Thaddeus Fox (Fox, Paul) (Entered: 07/25/2005) |
| 07/25/2005 | 74 | ATTORNEY Appearance for Defendant Novartis Pharmaceuticals Corp. by Michael Lee McCluggage (hp, ) (Entered: 07/28/2005) |
| 07/25/2005 | 75 | CORPORATE DISCLOSURE Statement by defendant Immunex Corporation ; Notice of filing. (hp, ) (Entered: 07/28/2005) |
| 07/27/2005 | 76 | JOINT MOTION by Defendants to stay proceedings pending transfer by the Judicial Panel on Multidistrict Litigation(gma, ) (Entered: 07/28/2005) |
| 07/27/2005 | 77 | NOTICE of Motion by Richard D. Raskin for presentment of JOINT MOTION by Defendants to stay proceedings pending transfer by the Judicial Panel on Multidistrict Litigation 76 before Honorable Charles R. Norgle Sr. on 7/29/2005 at 10:30 AM. (gma, ) (Entered: 07/28/2005) |
| 07/27/2005 | 78 | MEMORANDUM by Defendants in support of their motion to stay considration of plainitiff's motion to remand 76 (Exhibits). (hp, ) (Entered: 08/01/2005) |
| 07/28/2005 | 81 | MEMORANDUM by defendants in opposition to plaintiff's motion for entry of a qualified protective order (Exhibits). (cdy, ) (Entered: 08/02/2005) |
| 07/28/2005 | 82 | CORPORATE Disclosure Statement for defendants Johnson & Johnson, Janssen Pharmaceutica Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Ortho Biotech Products, L.P. and McNeil-PPC, Inc.; Notice. (air, ) (Entered: 08/02/2005) |
| 07/28/2005 | 83 | ATTORNEY Appearance for Defendants Janssen Pharmaceutical Products, LP, Johnson & Johnson, McNeil-PPC, Inc., Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc. by Tara Elizabeth Thompson, Ashish Shanker Prasad, Tyrone C. Fahner. (air, ) (Entered: 08/02/2005) |
| | | |

| | | |
|---|---|---|
| 08/01/2005 | 79 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion hearing held on 7/29/2005. Response to motion to stay proceedings is due by 8/3/2005 Reply to respons is due by 8/10/2005. Mailed notice (ewf, ) (Entered: 08/01/2005) |
| 08/01/2005 | 80 | MINUTE entry before Judge Charles R. Norgle Sr.: Response to motion to remand is due by 8/12/2005 Reply to response. due by 8/19/2005. before Honorable Charles R. Norgle Sr. Status hearing and/or ruling on motions set for 9/21/2005 at 09:30 AM. Mailed notice (ewf, ) (Entered: 08/01/2005) |
| 08/01/2005 | 84 | CORPORATE DISCLOURE Statement by defendant Alpha Therapeutic Corporation; Notice of filing. (hp, ) (Entered: 08/03/2005) |
| 08/01/2005 | 85 | ATTORNEY Appearance for Defendant Alpha Therapeutic Corp. by Kurt J. Heinz, Martha Kathryn Milia (hp, ) (Entered: 08/03/2005) |
| 08/02/2005 | 86 | CORRECTED MEMORANDUM of law by defendants in opposition to plaintiff's motion for entry of a qualified protective order (Exhibits) (Attachments: # 1 Attachment 1)(hp, ) (Entered: 08/04/2005) |
| 08/03/2005 | 87 | MEMORANDUM by The People of the State of Illinois in Opposition to defendants' motion to stay action on plaintiff's motion to remand 76 (Exhibits); Notice of filing (hp, ) (Entered: 08/08/2005) |
| 08/04/2005 | 90 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of defendats Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. by Louis J. Scerra, Jr; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50.00 paid, receipt number 10422894 (hp, ) (Entered: 08/08/2005) |
| 08/04/2005 | 91 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. by Gary R. Greenberg; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50.00 paid, receipt number 10422893 (hp, ) (Entered: 08/08/2005) |
| 08/04/2005 | 92 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. by Jonathan D. Cohen; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50.00 paid, receipt number 10422892 (hp, ) (Entered: 08/08/2005) |
| 08/04/2005 | 93 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. by James M. Vant; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50.00 paid, receipt number 10422891 (hp, ) (Entered: 08/08/2005) |
| 08/04/2005 | 94 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of defendant Bristol-Myers Squibb Co. by Lyndon M. Tretter; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50.00 paid, receipt number 10636812 (hp, ) (Entered: 08/08/2005) |

| 08/05/2005 | 95 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of defendant Bristol-Myers Squibb Co. by Steven M. Edwards; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50.00 paid, receipt number 10636812 (hp, ) (Entered: 08/08/2005) |
|---|---|---|
| 08/05/2005 | 98 | NOTICE of filing by Abbott Laboratories relating to Lupron Settlement Proposed Settlement (Exhibit) (hp, ) (Entered: 08/09/2005) |
| 08/08/2005 | 88 | ATTORNEY Appearance for Defendant Forest Laboratories, Inc. by Richard P. Campbell (Campbell, Richard) (Entered: 08/08/2005) |
| 08/08/2005 | 89 | NOTICE by Forest Laboratories, Inc. re attorney appearance88 (Campbell, Richard) (Entered: 08/08/2005) |
| 08/08/2005 | 96 | UNOPPOSED MOTION by Defendants for leave to file a single brief not to exceed thirty pages on pending stay and remand motions (gma, ) (Entered: 08/08/2005) |
| 08/08/2005 | 97 | NOTICE of Motion by Richard D. Raskin for presentment of UNOPPOSED MOTION by Defendants for leave to file a single brief not to exceed thirty pages on pending stay and remand motions 96 before Honorable Charles R. Norgle Sr. on 8/12/2005 at 10:30 AM. (gma, ) (Entered: 08/08/2005) |
| 08/10/2005 | 99 | MOTION by Plaintiff The People of the State of Illinois for leave to file instanter supplemental authority regarding defendants' motion for stay (Attachments: # 1 Notice of supplemental authority regarding defendants' motion for stay)(las, ) (Entered: 08/11/2005) |
| 08/10/2005 | 100 | NOTICE of Motion by Robert S Libman for presentment of plaintiff's motion for leave to file instanter supplemental authority regarding defendants' motion for stay 99 before Honorable Charles R. Norgle Sr. on 8/12/2005 at 10:30 AM. (las, ) (Entered: 08/11/2005) |
| 08/11/2005 | 101 | MINUTE entry before Judge Charles R. Norgle Sr.: MOTION by Plaintiff The People of the State of Illinois to file instanter supplemental authority regarding defendants' motion for stay 99 is granted. Telephone notice (jms, ) (Entered: 08/11/2005) |
| 08/11/2005 | 102 | MINUTE entry before Judge Charles R. Norgle Sr.: MOTION by Defendants Pfizer Inc., Pharmacia Corp., Purepac Pharmaceutical Co., Sandoz, Inc., Schering-Plough Corp., Sicor Pharmaceuticals, Inc., SmithKline Beecham Corp., Teva Pharmaceuticals USA, Inc., Warrick Pharmaceutical Industries, Ltd., Watson Ph for leave to file a single brief not to exceed thirty pages on pending stay and remand motions 96 is granted. Telephone notice (jms, ) (Entered: 08/11/2005) |
| 08/11/2005 | 104 | ATTORNEY Appearance for Defendant Dey, Inc. by James M. Reiland (rmm, ) (Entered: 08/15/2005) |
| 08/11/2005 | 105 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of SmithKline Beecham Corp. by Thomas H. Lee, II; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $50 paid, receipt number 10712996 (rmm, ) (Entered: 08/15/2005) |

| 08/12/2005 | 103 | MEMORANDUM by SmithKline Beecham Corp. in Opposition to motion to remand41, motion to stay76 (Szczucki, Cori) (Entered: 08/12/2005) |
|---|---|---|
| 08/12/2005 | 106 | MINUTE entry before Judge Charles R. Norgle Sr.: On 8/12/2005, the court received an order from the MDL dated 8/9/2005, which transferred this case to the District of Massachusetts. The parties shall routinely proceed to the transferee court pursuant to the MDL rules. The court moves expeditiously to inform counsel, to ensure the parties do not prepare additional briefs. Defendants' Joint Motion to stay 76 is denied as moot. Civil case terminated. Mailed notice (rmm, ) (Entered: 08/15/2005) |
| 08/15/2005 | 110 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Purepac Pharmaceutical Co., Alpharma, Inc. by John R. Fleder; Order entered granting leave by Charles R. Norgle Sr. Filing fee $ 100 paid, receipt number 10713117. (gcy, ) (Entered: 08/24/2005) |
| 08/15/2005 | 116 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of SmithKline Beecham Corp. by Valerie M. Wagner; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 50 paid, receipt number 10713103 (ntf, ) (Entered: 09/02/2005) |
| 08/16/2005 | 109 | MINUTE entry before Judge Charles R. Norgle Sr.: Any motion to remand an action to state court can be presented to and decided by the transferee judge. See, e.g., In Re Ivy, 901 F.2d 7 (2nd Cir. 1990); In Re Prudential Ins. Co. of America Sales Practice Litigation, 170 F. Supp. 2d 1346, 1347-48 (J.P.M/L.2001). Mailed notice (hp, ) (Entered: 08/19/2005) |
| 08/16/2005 | 111 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Watson Pharma, Inc., Watson Pharmaceuticals, Inc. by Douglas B Farquhar; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 100 paid, receipt number 10713116. (gcy, ) (Entered: 08/24/2005) |
| 08/18/2005 | 107 | MOTION by plaintiff to vacate transfer order, to reinstate case, and to allow filing of plaintiff's reply brief instanter on the motion to remand. (lcw, ) (Entered: 08/19/2005) |
| 08/18/2005 | 108 | NOTICE of Motion by The People of the State of Illinois for presentment of motion to vacate 107 before Honorable Charles R. Norgle Sr. on 8/26/2005 at 10:30 AM. (lcw, ) (Entered: 08/19/2005) |
| 08/19/2005 | 112 | MINUTE entry before Judge Charles R. Norgle Sr.: Plaintiff's motion to allow filing of plaintiff's reply brief instanter on the motion to remand is granted. Plaintiff's motion to vacate transfer order, and to reinstate case, are under advisement. Mailed notice (Attachments: # 1 Main Document # 2 Main Document # 3 Main Document # 4 Main Document # 5 Main Document) (gcy, ) (Entered: 08/24/2005) |
| 08/23/2005 | 113 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Chiron Corp. by D Jacques Smith; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 100 paid, receipt number 10329594. (gcy, ) (Entered: 08/29/2005) |

| 08/26/2005 | 114 | REPLY Memorandum by Plaintiff The People of the State of Illinois in support of its motion to remand (Attachments); Notice of filing (eav, ) (Entered: 08/30/2005) |
|---|---|---|
| 08/31/2005 | 115 | MEMORANDUM by SmithKline Beecham Corp. in Opposition to motion for leave to file, motion to reopen case, motion to vacate107 (Szczucki, Cori) (Entered: 08/31/2005) |
| 09/06/2005 | 117 | REPLY BRIEF by Plaintiff in support of their motion to vacate the Court's August 12, 2005 transfer order 107 ; Notice of filing (hp, ) (Entered: 09/09/2005) |
| 09/12/2005 | 118 | MOTION by Plaintiff The People of the State of Illinois for leave to file (Attachments: # 1 plaintiff's notice of supplemental authority regarding plaintiff's motion to remand and defendant's motion for stay.)(vcf, ) (Entered: 09/13/2005) |
| 09/12/2005 | 119 | NOTICE of Motion by The People of the State of Illinois for presentment of motion for leave to file supplemental authority regarding plaintiff's motion to remand and defendant's motion for stay 118 before Honorable Charles R. Norgle Sr. on 9/23/2005 at 10:30 AM. (vcf, ) (Entered: 09/13/2005) |
| 09/16/2005 | 120 | RESPONSE by SmithKline Beecham Corp. in Opposition to MOTION by Plaintiff The People of the State of Illinois for leave to file118 *Supplemental Authority Regarding Plaintiff's Motion to Remand and Defendant's Motion For Stay* (Stack, Paul) (Entered: 09/16/2005) |
| 09/16/2005 | 121 | MINUTE entry before Judge Charles R. Norgle Sr.: Barak Cohen, Edwin John U-, Karen Natalie Walker aare granted leave to appear pro hac vice on behalf of Defendant, Barr Pharmaceuticals, Inc., nunc pro tunc July 19, 2005. Mailed notice (ewf, ) (Entered: 09/16/2005) |
| 09/16/2005 | 123 | MINUTE entry before Judge Charles R. Norgle Sr.: Plaintiff's motion for leave to file supplemental authority 118120 is granted. Defendant do no oppose the motion. (hp, ) (Entered: 09/23/2005) |
| 09/21/2005 | 122 | MINUTE entry before Judge Charles R. Norgle Sr.: Status hearing reset for 10/6/2005 at 09:30 AM. Mailed notice (ewf, ) (Entered: 09/21/2005) |
| 09/30/2005 | 124 | MOTION by Plaintiff The People of the State of Illinois for leave to file Instanter supplemental authority regarding plaintiff's motion to remand and defendants' motion for stay. (Attachments: # 1 Supplement)(vcf, ) (Entered: 10/03/2005) |
| 09/30/2005 | 125 | NOTICE of Motion by The People of the State of Illinois for presentment of motion for leave to file Instanter supplemental authority regarding plaintiff's motion to remand and defendants' motion for stay 124 before Honorable Charles R. Norgle Sr. on 10/7/2005 at 10:30 AM. (vcf, ) (Entered: 10/03/2005) |
| 10/06/2005 | 126 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion for leave to file 124 is granted. Status hearing held on 10/6/2005 No notices required, counsel advised in open court. (ewf, ) (Entered: 10/07/2005) |

| 10/06/2005 | 127 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion to vacate transfer order and reinstate case 107 is granted. Case reopened. Mailed (Attachments: # 1 Main Document # 2 Main Document # 3 Main Document # 4 Main Document # 5 Main Document) (vmj, ) (Entered: 10/11/2005) |
| --- | --- | --- |
| 10/18/2005 | 128 | NOTICE of Motion by Paul F. Stack for presentment of motion for leave to file instanter status report on JPML consideration of this case and response to plaintiff's motion for leave to file supplemental authority before Honorable Charles R. Norgle Sr. on 10/21/2005 at 10:30 AM. (Stack, Paul) Modified on 10/19/2005 (rbf, ). (Entered: 10/18/2005) |
| 10/18/2005 | 129 | MOTION by Defendant SmithKline Beecham Corp. for leave to file *Status and Memorandum* (Stack, Paul) (Entered: 10/18/2005) |
| 10/18/2005 | 130 | MEMORANDUM motion for leave to file 129, notice of motion 128 by SmithKline Beecham Corp., SmithKline Beecham Corp. (Stack, Paul) (Entered: 10/18/2005) |
| 10/21/2005 | 131 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion for leave to file 129 is granted. Telephoned notice (ewf, ) (Entered: 10/24/2005) |
| 10/24/2005 | 136 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of SmithKline Beecham Corp. by Mark D. Seltzer; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 100 paid, receipt number 10423810 (vmj, ) (Entered: 11/02/2005) |
| 10/24/2005 | 137 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of SmithKline Beecham Corp. by Sarah A. Franklin; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 100 paid, receipt number 10423810 (vmj, ) (Entered: 11/02/2005) |
| 10/24/2005 | 138 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of SmithKline Beecham Corp. by Brian K. French; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 100 paid, receipt number 10423810 (vmj, ) (Entered: 11/02/2005) |
| 10/24/2005 | 139 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of SmithKline Beecham Corp. by Mona M. Patel; Order entered granting leave by Charles R. Norgle Sr.. Filing fee $ 100 paid, receipt number 10423810 (vmj, ) (Entered: 11/02/2005) |
| 10/27/2005 | 132 | MOTION by Plaintiff The People of the State of Illinois to file instanter *SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION FOR STAY* (Attachments: # 1 # 2 Exhibit # 3 # 4 Exhibit # 5 # 6 Exhibit # 7)(Libman, Robert) (Entered: 10/27/2005) |
| 10/27/2005 | 133 | *PLAINTIFF'S* NOTICE of Motion by Robert S Libman for presentment of motion by defendant to file instanter, 132 before Honorable Charles R. Norgle Sr. on 11/4/2005 at 10:30 AM. (Libman, Robert) (Entered: 10/27/2005) |
| 10/31/2005 | 134 | MOTION by Defendant Elkins-Sinn, Inc. to withdraw as attorney (Hsu, |

| | | Diana) (Entered: 10/31/2005) |
|---|---|---|
| 10/31/2005 | 135 | NOTICE of Motion by Diana Juliet Hsu for presentment of motion to withdraw as attorney 134 before Honorable Charles R. Norgle Sr. on 11/4/2005 at 10:30 AM. (Hsu, Diana) (Entered: 10/31/2005) |
| 11/02/2005 | 140 | MOTION by Defendant Forest Laboratories, Inc. to withdraw as attorney *Chris C. Gair* (Campbell, Richard) (Entered: 11/02/2005) |
| 11/02/2005 | 141 | NOTICE of Motion by Richard P. Campbell for presentment of motion to withdraw as attorney 140 before Honorable Charles R. Norgle Sr. on 11/18/2005 at 10:30 AM. (Campbell, Richard) (Entered: 11/02/2005) |
| 11/04/2005 | 142 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion to file instanter supplemental authority regarding plaintiff's motion to remand and defendants' motion for stay 132 is granted. Defendants' may file a response within 14 days. Telephoned/mailed notice (ewf, ) (Entered: 11/07/2005) |
| 11/04/2005 | 143 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion to withdraw appearance of Diana J. Hsu 134 is granted. Mailed (vmj, ) (Entered: 11/08/2005) |
| 11/09/2005 | 144 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion to withdraw appearance of Chris C. Gair 140 is granted. Mailed notice (ewf, ) (Entered: 11/09/2005) |
| 11/18/2005 | 145 | RESPONSE by defendants *TO PLAINTIFF'S MOTION FOR LEAVE* to file supplemental authority regarding plaintiff's motion to remand and defendant's motion to stay (Stack, Paul) Modified on 11/22/2005 (rbf, ). (Entered: 11/18/2005) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/12/2005 07:40:54 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-04056 |
| **Billable Pages:** | 16 | **Cost:** | 1.28 |